# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | | |
|---|---|---|
| MEIRA AVAUNI RAWLINGS, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:26-cv-461 |
| v. | ) | |
| LANCESOFT, INC., | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Before the Court is a Motion to Dismiss from Defendant LanceSoft, Inc. The Court finds Plaintiff's First Amended Complaint in this matter fails to state a claim. Accordingly, it is **ORDERED** that this matter is dismissed with prejudice.

______________________________
United States District Judge