**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| MEIRA AVAUNI RAWLINGS, *individually, and on behalf of all others similarly situated,* | ) | CIVIL ACTION NO.: |
| | ) | 1:26-CV-00461-DAB-JGM |
| Plaintiff, | ) | |
| v. | ) | |
| LANCESOFT, INC., | ) | |
| Defendant. | ) | |

---

## PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND TO STRIKE CLASS ALLEGATIONS

Plaintiff submits this supplemental brief in support of her Response in Opposition (Doc. 19) to bring to the Court's attention a subsequent ruling in *Rockwell v. Medicus Healthcare Solutions, LLC*, No. 1:24-cv-00128 (W.D.N.Y.), a case both parties discussed. (Doc. 17, pp. 7-8; Doc. 19, pp. 12-13). LanceSoft consents to the filing of this brief.

On September 30, 2026, after LanceSoft filed its motion, and shortly before Plaintiff responded, the *Rockwell* court granted leave to amend in a text order *Rockwell v. Medicus Healthcare Solutions, LLC*, No. 1:24-cv-00128 (W.D.N.Y. Sept. 30, 2026) (Ex. A, Docket Item 20). The text order was not available on Westlaw, which is why Plaintiff did not cite the decision. Plaintiff's counsel discovered the text order shortly after filing the response.

The September *Rockwell* ruling applies Section 227(a)(4)'s plain language definition of "telephone solicitation" as Plaintiff argues. (*See* Doc. 19, pp. 10-11). The term

"telephone solicitation" is defined as a call initiated "for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, which is transmitted to any person . . . ." 47 U.S.C. § 227(a)(4).

*Rockwell* initially dismissed a staffing agency's recruiting-call complaint because it lacked allegations about the agency's business model, noting that the recruited physician might "have a portion of his eventual income earmarked to cover those services." *Rockwell v. Medicus Healthcare Solutions, LLC*, 2025 WL 959745, at *5 (W.D.N.Y. Mar. 31, 2025). The *Rockwell* court granted leave to amend. *Id.* The amended complaint then alleged that "Medicus'[s] fee is a percentage of the compensation paid to their client for the medical services rendered by their client." (Ex. A, Doc. 20). The court held that allegation "sufficient to plausibly allege - at least at this stage of the case - that Medicus's calls were made to '**encourage[] Rockwell to purchase, rent, or invest in . . . services'** provided by Medicus." *Id.* (emphasis added). *Rockwell* confirms that a complaint alleging a staffing agency's fee comes out of the compensation of the worker it recruits by telephone plausibly alleges the calls are "telephone solicitations" under the language of Section 227(a)(4).

Plaintiff's allegations are more extensive than those in *Rockwell*. Plaintiff alleges LanceSoft is paid for every hour a placed candidate works through a markup on the candidate's labor; that the markup nearly doubles when LanceSoft's own recruiting sources the candidate; and that Plaintiff, had she accepted, would have paid LanceSoft "through the difference between what the client paid for her labor and what Defendant passed on to her." (Doc. 16, ¶¶ 22-27, 30-34). There is no doubt the calls were placed to encourage Plaintiff to "purchase" or "invest" (her time and work) in LanceSoft's services.

*Rockwell* also answers LanceSoft's contention that Plaintiff's allegations are "contradicted by the FAC itself." (Doc. 17, p. 9). The *Rockwell* court declined to consider a declaration "challenging the accuracy of the facts alleged" holding that such a challenge must await summary judgment. (Ex. A, Doc. 20). As *Rockwell* holds that allegations like Plaintiff's state a claim, this is a further reason why the motion should be denied.

Respectfully submitted,

**MAGINNIS HOWARD**


*/s/ Karl S. Gwaltney*
Karl S. Gwaltney
N.C. State Bar No. 45118
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
Tel: 919-526-0450 | Fax: 919-882-8763
kgwaltney@carolinalaw.com

**BUTSCH ROBERTS & ASSOCIATES LLC**

*/s/ Christopher E. Roberts*
Christopher E. Roberts
(admitted by special appearance)
Mo. Bar No. 61895
7777 Bonhomme Avenue, Suite 1300
Clayton, Missouri 63105
Tel: (314) 863-5700
croberts@butschroberts.com

Counsel for Plaintiff


## CERTIFICATE OF WORD COUNT

Pursuant to M.D.N.C. Local Rule 7.3(d), the undersigned certifies that this brief, exclusive of the caption, signature blocks, and certificates, does not exceed 6,250 words as measured by the word-count function of the word-processing software used to prepare it.

*/s/ Christopher E. Roberts*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christopher E. Roberts*
Christopher E. Roberts