CASREF,MEDIATION

# U.S. DISTRICT COURT
# U.S. District Court, Western District of New York (Buffalo)
# CIVIL DOCKET FOR CASE #: 1:24-cv-00128-LJV-MJR

Rockwell v. Medicus Healthcare Solutions, LLC
Assigned to: Hon. Lawrence J. Vilardo
Referred to: Hon. Michael J. Roemer
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 02/07/2024
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Bruce Rockwell**
*on behalf of himself and all others similarly situated,*

represented by **Javier Luis Merino**
Dann Law Firm
825 Goerges Road
2nd floor
North Brunswick, NJ 08902
201-355-3440
Fax: 216-373-0536
Email: jmerino@dannlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max S. Morgan**
The Weitz Firm, LLC
1515 Market Street
Suite 1100
Ste #1100
Philadelphia, PA 19102
267-587-6240
Fax: 215-689-0875
Email: max.morgan@theweitzfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Medicus Healthcare Solutions, LLC**

represented by **Christopher Cole**
Sheehan Phinney Bass & Green PA (NH)
75 Portsmouth Blvd.
Suite 100
Portsmouth, NH 03801
603-627-8223
Fax: 603-641-2339
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Courtney H.G. Herz**
Sheehan Phinney Bass & Green PA
1000 Elm St
Manchester, NH 03101
603-627-8131
Fax: 603-641-2390
Email: cherz@sheehan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2024 | 1 | COMPLAINT *(Class Action) with Jury Demand* against Medicus Healthcare Solutions, LLC $ 405 receipt number ANYWDC-5101931, filed by Bruce Rockwell. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Merino, Javier) (Entered: 02/07/2024) |
| 02/07/2024 | 2 | Original Summons Filed. (Merino, Javier) (Entered: 02/07/2024) |
| 02/07/2024 | | Case Assigned to Hon. Lawrence J. Vilardo. Notification to Chambers of on-line civil case opening. (TMK) (Entered: 02/07/2024) |
| 02/07/2024 | | AUTOMATIC REFERRAL to Mediation: the ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution.(TMK) (Entered: 02/07/2024) |
| 02/07/2024 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (TMK) (Entered: 02/07/2024) |
| 02/07/2024 | 3 | Summons Issued as to Medicus Healthcare Solutions, LLC. (TMK) (Entered: 02/07/2024) |
| 02/08/2024 | 4 | SUMMONS Returned Executed by Bruce Rockwell. Medicus Healthcare Solutions, LLC served on 2/8/2024, answer due 2/29/2024. (Merino, Javier) (Entered: 02/08/2024) |
| 02/22/2024 | 5 | MOTION to appear pro hac vice *of Max S. Morgan* ( Filing fee $ 200 receipt number ANYWDC-5113029.) by Bruce Rockwell.(Merino, Javier) (Entered: 02/22/2024) |
| 02/23/2024 | 6 | TEXT ORDER granting 5 Motion for Pro Hac Vice Admission of Max S. Morgan, Esq. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 2/23/2024. (CMD)<br><br>Clerk to Follow up (Entered: 02/24/2024) |
| 02/28/2024 | 7 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Medicus Healthcare Solutions, LLC. (Attachments: # 1 Memorandum in Support Memorandum of Law Supporting Motion)(Herz, Courtney) (Entered: 02/28/2024) |
| 02/28/2024 | 8 | Corporate Disclosure Statement by Medicus Healthcare Solutions, LLC identifying Corporate Parent Medicus Buyer, LLC for Medicus Healthcare Solutions, LLC.. (Herz, Courtney) (Entered: 02/28/2024) |
| 03/05/2024 | 9 | MOTION to appear pro hac vice ( Filing fee $ 200 receipt number ANYWDC-5121615.) by Medicus Healthcare Solutions, LLC. (Attachments: # 1 Petition for Admission, # 2 Admission Sponsor Form, # 3 Attorney Oath, # 4 Civility Registration Form, # 5 Combined Registration Form)(Herz, Courtney) (Entered: 03/05/2024) |

| | | |
|---|---|---|
| 03/07/2024 | 10 | MEMORANDUM in Opposition re 7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Bruce Rockwell. (Merino, Javier) (Entered: 03/07/2024) |
| 03/11/2024 | 11 | TEXT ORDER granting 9 Motion for Pro Hac Vice Admission of Christopher Cole, Esq. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 3/11/2024. (CMD)<br><br>This was mailed to: Christopher Cole, Esq.<br><br>Clerk to Follow up (Entered: 03/11/2024) |
| 03/14/2024 | 12 | RESPONSE in Opposition re 7 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Medicus Healthcare Solutions, LLC. (Herz, Courtney) (Entered: 03/14/2024) |
| 03/31/2025 | 13 | DECISION AND ORDER: For the reasons stated in the decision and order, Medicus's motion to dismiss Rockwell's complaint, Docket Item 7 , is GRANTED. Rockwell's complaint is dismissed without prejudice to his moving to amend his complaint, within 30 days of the date of this order, to remedy the deficiencies identified in the decision and order. Any such motion must attach a proposed redlined amended complaint and a memorandum of law explaining why such amendment is not futile. If Rockwell does not move to amend his complaint, then the Clerk of the Court shall close the case without further order. SO ORDERED. Signed by Hon. Lawrence J. Vilardo on 3/31/2025. (ZHM)<br><br>Clerk to Follow up (Entered: 03/31/2025) |
| 04/28/2025 | 14 | MOTION to Amend/Correct 1 Complaint by Bruce Rockwell. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit, # 4 Certificate of Service)(Merino, Javier) (Entered: 04/28/2025) |
| 05/12/2025 | 15 | MEMORANDUM IN OPPOSITION re 14 MOTION to Amend/Correct 1 Complaint by Medicus Healthcare Solutions, LLC. (Attachments: # 1 Exhibit Exhibit A Declaration of Steven Armstrong)(Herz, Courtney) (Entered: 05/12/2025) |
| 05/14/2025 | 16 | REPLY to Response to Motion re 14 MOTION to Amend/Correct 1 Complaint *and Request for Court to Consider Reply* filed by Bruce Rockwell. (Merino, Javier) (Entered: 05/14/2025) |
| 05/19/2025 | 17 | MOTION for Leave to File *Surreply* by Medicus Healthcare Solutions, LLC. (Attachments: # 1 Memorandum in Support Memorandum in Support of Motion for Leave to File Surreply, # 2 Defendant's [Proposed] Surreply in Opposition to Motion to Amend)(Herz, Courtney) (Entered: 05/19/2025) |
| 05/20/2025 | 18 | TEXT ORDER granting the defendant's motion to file a sur-reply, Docket Item 17 . SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 5/20/2025. (ZHM) (Entered: 05/20/2025) |
| 05/20/2025 | 19 | REPLY to Response to Motion re 14 MOTION to Amend/Correct 1 Complaint filed by Medicus Healthcare Solutions, LLC. (Herz, Courtney) (Entered: 05/20/2025) |
| 09/30/2026 | 20 | TEXT ORDER granting 14 MOTION to Amend/Correct 1 Complaint filed by Bruce Rockwell.<br><br>On March 31, 2025, this Court granted a motion to dismiss filed by the defendant, Medicus Healthcare Solutions, LLC ("Medicus"), but allowed the plaintiff, Bruce Rockwell, to move to amend his complaint to correct the deficiencies the Court had identified. Docket Item 13 at 12. Rockwell timely filed his motion to amend, Docket Item 14 ; Medicus responded, Docket Item 15 ; Rockwell replied, Docket Item 16 ; and, with this Court's permission, Docket Item 18 , Medicus filed a sur-reply, Docket Item 19 . The Court has |

| | | |
|---|---|---|
| | | carefully reviewed the parties' submissions, including Rockwell's proposed amended complaint. Based on that review, the Court grants Rockwell's motion to amend.<br><br>In its prior decision, this Court explained that Rockwell's initial complaint did not sufficiently allege that Medicus's "calls encouraged Rockwell to purchase, rent, or invest in any property, goods, or services," as is required under the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 ("TCPA"). Docket Item 13 at 11. "It is possible," the Court explained, "that an individual client like Rockwell would pay a fee if he accepted Medicus's placement for professional services or have a portion of his eventual income earmarked to cover those services." *Id*. But "[i]n the absence of any allegations about the workings of Medicus's business model and the role that its professional services play in that business model," the Court concluded, it could not determine "that the telephone calls Rockwell received constituted 'telemarketing' or 'telephone solicitation' under the TCPA and its implementing regulations." *Id*.; *see also id*. (this Court's explaining that Rockwell's original complaint did "not allege that these individual physicians are Medicus's customers who pay for those services" or even "that Medicus received any payment in connection with the professional services it provides, either from individual physicians it represents or from corporate clients in search of staffing").<br><br>Rockwell's proposed amended complaint, Docket Item [14-3] at 35-55, corrects these deficiencies. Among other things, Rockwell alleges that "Medicus'[s] fee is a percentage of the compensation paid to their client for the medical services rendered by their client" and that "[c]oordinating and providing travel arrangements" and "[p]roviding licensing, credentialing[,] and privileging services" are services "that Medicus provides to its clients in exchange for compensation." *Id*. at 41-42. The Court finds these allegations sufficient to plausibly allege—at least at this stage of the case—that Medicus's calls were made to "encourage[] Rockwell to purchase, rent, or invest in...services" provided by Medicus.<br><br>In opposition to Rockwell's motion to amend, Medicus provided a declaration from its Chief Financial Officer, Steven Armstrong, challenging the accuracy of the facts alleged in the proposed amended complaint. Docket Item [15-1]. Federal Rule of Civil Procedure 12(d) provides that "[i]f on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56." Before a court may convert a motion to dismiss into a motion for summary judgment, however, "[a]ll parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d). Here, however, there is no pending motion to dismiss before the Court, and the Court cannot convert a motion to amend into a motion for summary judgment. After Rockwell files his amended complaint, Medicus may move for summary judgment if it deems that appropriate.<br><br>For all those reasons, the Court grants Rockwell's motion to amend, Docket Item 14 . Rockwell shall file his amended complaint by **10/2/2026**.<br><br>SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 9/30/2026. (RFI) (Entered: 09/30/2026) |
| 09/30/2026 | 21 | AMENDED COMPLAINT *First Amended Complaint - Class Action* against Medicus Healthcare Solutions, LLC, filed by Bruce Rockwell.(Merino, Javier) Modified on 9/30/2026 (CGJ). (Entered: 09/30/2026) |
| 09/30/2026 | | E-Filing Notification: re 21 AMENDED COMPLAINT. Docket text modified to add Defendant's name (CGJ) (Entered: 09/30/2026) |

| | | |
|---|---|---|
| 10/14/2026 | 22 | ANSWER to Complaint *(First Amended Complaint)* by Medicus Healthcare Solutions, LLC.(Herz, Courtney) (Entered: 10/14/2026) |
| 10/15/2026 | 23 | TEXT REFERRAL ORDER - Hon. Michael J. Roemer, United States Magistrate Judge, is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. § 636(b)(1)(A), all pre-trial matters in this case are referred to the above-named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non-dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. The Magistrate Judge shall not hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), unless further ordered by this Court. All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of the Court. IT IS SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 10/15/2026. (AJM) (Entered: 10/15/2026) |
| 10/21/2026 | 24 | TEXT ORDER. The parties are hereby directed to jointly complete and **email to chambers at roemer@nywd.uscourts.gov,** the attached case management order. Such shall be completed within 30 days of the date of this Text Order. The Court will issue a final case management order upon receipt and review of the proposed deadlines. SO ORDERED. Issued by Hon. Michael J. Roemer on 10/21/2026. (RAZ) (Entered: 10/21/2026) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/21/2026 15:11:00 | | | |
| **PACER Login:** | ceroberts5304 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:24-cv-00128-LJV-MJR |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |